UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DALE MITCHELL,<br><br>    Petitioner,<br><br>    v.<br><br>RON VON BOEING,<br><br>    Respondent. | Case No. C07-5271RJB<br><br>ORDER TO SHOW CAUSE |

This 28 U.S.C. § 2254 Habeas Corpus petition has been assigned to the undersigned Magistrate Judge. On May 31, 2007, the court sent petitioner a letter telling him he needed to provide service copies of his petition and that he needed to either pay the filing fee or submit an application for *in forma pauperis* status (Dkt. # 2). That letter gave petitioner until July 2, 2007, to reply. No reply has been received.

The court now orders petitioner to **SHOW CAUSE** on or before **August 17, 2007,** why this action should not be dismissed for failure to prosecute. Failure to cure the defects outlined in the

ORDER- 1

court's May 31, 2007, letter by August 17, 2007, will result in a Report and Recommendation that this petition be dismissed

    The clerk is directed to send copies of this order to petitioner and to note the **August 17, 2007,** due date.

    DATED this 12 day of July, 2007.

                                         */S/ J. Kelley Arnold*
                                         J. Kelley Arnold
                                         United States Magistrate Judge

ORDER- 2